# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICARDO MACHADO,

    Petitioner,

v.                                        Case No: 6:25-cv-2457-GAP-DCI

WARDEN, ORANGE COUNTY JAIL
and U.S. ATTORNEY GENERAL,

    Respondents

## ORDER

This cause came on for consideration following oral argument held on January 7, 2026, on whether the Court should convert the temporary restraining order (Doc. 8) to a permanent injunction. For the reasons stated in open court at the hearing, the temporary restraining order is **VACATED**. The Petition for Writ of Habeas Corpus remains pending.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties