# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICARDO MACHADO,

        Petitioner,

v.                                                    Case No:   6:25-cv-2457-GAP-DCI

WARDEN, ORANGE COUNTY JAIL
and U.S. ATTORNEY GENERAL,

        Respondents

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Petitioner has failed to comply with the Court's Initial Case Order (Doc. No.3) of December 22, 2025, directing Petitioner to file his Notice of Pendency of Other Action and Disclosure Statement within 14 days. Accordingly, it is

**ORDERED** that the Petitioner shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this 12th day of January, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party