UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICARDO MACHADO,

      Plaintiff,

   v.                                 Case No.:  6:25-cv-02457-GAP-DCI

WARDEN, ORANGE COUNTY
JAIL,  U.S. ATTORNEY GENERAL,

      Defendants,

                                              /

### ORDER OF DISMISSAL

Upon consideration of the Petitioner's Motion for Issuance of Order of

Dismissal (Doc. 26), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed, each party to bear its own fees and

costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close

this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 8, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties